IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| KTS FINANCIAL SERVICES, LLC ) | ~~CR. MISC. NO.~~ 2:08mj9-SRW |
| D.B.A. ALL FOR ONE TAX SERVICES ) | |
| LOCATED AT 2812 MAIN STREET, ) | |
| MILLBROOK, ALABAMA 36054 ) | |

### MOTION TO SEAL SEARCH WARRANT AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the search warrant affidavit listed above until investigation is completed.

Respectfully submitted this 8th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

Andrew O. Schiff
Assistant United States Attorney