IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| KTS FINANCIAL SERVICES, LLC | ) CR. MISC. NO. 2:08-mj-9-SRW |
| D.B.A. ALL FOR ONE TAX SERVICES | ) |
| LOCATED AT 2812 MAIN STREET, | ) |
| MILLBROOK, ALABAMA  36054 | ) |

**MOTION TO UNSEAL SEARCH WARRANT AFFIDAVIT**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the search warrant affidavit filed in the above styled matter.

Respectfully submitted this 23rd day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
334.223.7280
334.223.7135

**MOTION GRANTED**

THIS 23rd DAY OF April, 20 08

_____
UNITED STATES MAGISTRATE JUDGE